UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSE MANUEL OCAMPO MONTES<br>         Petitioner<br>    v.<br>JANET NAPOLITANO; DISTRICT DIRECTOR; DIRECTOR; UNITED STATES DISTRICT COURT; DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF JUSTICE<br>         Respondents | **Judgment in a Civil Case**<br><br><br><br><br><br>Case Number: 5:10-HC-2203-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for lack of subject matter jurisdiction.

This Judgment Filed and Entered on December 9, 2010, with service on:
Jose Manuel Ocampo Montes  81928-004,  Rivers Correctional Institution, P.O. Box 630, Winton, NC  27986 (via U.S. Mail)

December 9, 2010                           /s/ Dennis P. Iavarone
                                                   Clerk